JEFFRY GLENN, SBN 47357
BERMAN, GLENN & HAIGHT
5 Third Street, The Hearst Building, Suite 1100
San Francisco, CA  94103
Telephone:  (415) 495-3950
Fax:          (415) 495-6900
e-mail: sflawyers@earthlink.net

Attorneys for Defendant:
**BAO PHUNG**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**,     ) | Case No. CR 11-00097 CRB |
|       Plaintiff,        ) | |
|                 ) | |
| vs.                   ) | **STIPULATION AND [~~PROPOSED~~] ORDER** |
|                 ) | **TO MODIFY PRETRIAL RELEASE** |
|                 ) | **CONDITIONS** |
|                 ) | |
| **BAO PHUNG**,          ) | |
|                 ) | |
|       Defendant.     ) | |

It is hereby Stipulated by the parties in the above-captioned matter that

defendant herein, Bao Phung, be allowed to modify his pretrial release

conditions as follows:

Mr. Phung be allowed to travel to locations outside of the Northern District

of California in order to fulfill his duties as an employee of Thanh Hoang Moving

Services and also to extend his restriction time to the time that he returns

home from the particular moving job, within the same day, to be approved by Pre-Trial Services.

Mr. Anthony R. Granados, the Pretrial Services Officer assigned to this matter, stated that he has no objection to the conditions being modified to allow Mr. Phung to work for Thanh Hoang Moving Services.


Date:  July 18, 2011          By: _____/s/_____
                              Jeffry Glenn (SBN. #47357)
                              BERMAN, GLENN & HAIGHT
                              Attorney for Defendant,
                              Bao Phung


Date:  July 18, 2011          By: _____/s/_____
                              Robert Rees
                              Assistant United States Attorney

**ORDER**

By Stipulation of the parties,

    IT IS HEREBY ORDERED that defendant Bao Phung's pretrial release

conditions be modified to allow him to work for Thanh Hoang Moving Services,

to travel outside the Northern District for work and to extend his restriction time to

return home from work at a time approved by Pre-Trial Services.


Date: _____July 20, 2011_____

By: _____
The Hon. Joseph C. Spero
United States Magistrate Judge