UNITED STATES OF AMERICA

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>BAO HUNG PHUNG,<br><br>        Defendant(s). | Case No.  CR 11-0097 CRB<br><br>[PROPOSED] FINAL ORDER OF FORFEITURE |

On February 12, 2013, the Court entered a Preliminary Order of Forfeiture forfeiting the following property, One Glock 27, .40 caliber pistol, Serial No. PBK435, with two magazines containing seven rounds of ammunition, nine additional loose ammunition rounds, one ammunition holder, and a gun case, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

The United States represents that it has complied with the publication and notice requirements of the Preliminary Order and that no petitions have been filed.

///

1  THEREFORE, it is ordered that the above-described property shall be forfeited to the
2 United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28,
3 United States Code, Section 2461(c).  All right, title, and interest in said property is vested in the
4 United States of America. The appropriate federal agency shall dispose of the forfeited property
5 according to law.

8  Dated:   May 24, 2013

_____
CHARLES R. BREYER
United States District Judge